## School District of Borough of Ben Avon *v.* School District of Borough of Wilkinsburg.

Argued April 28, 1921. Appeal, No. 151, April T., 1921, by defendant, from judgment of C. P. Allegheny County, July T., 1920, No. 387, on case stated in the suit of School District of the Borough of Ben Avon v. School District of the Borough of Wilkinsburg, Appellant. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

Case-stated to determine liability for cost of tuition of indigent children. Before SWEARINGEN, J.

*James E. Hindman,* for appellant.

No appearance and no printed brief for appellee.

OPINION BY KELLER, J., July 14, 1921:

This appeal is governed by the judgment entered in the case of School District of the Borough of Ben Avon, Appellant, v. School District of Pittsburgh, just filed. The controversy is the same and concerns the cost of tuition, etc., of the Schultz children during the period in dispute in that appeal; and the cases stated filed in both cases are practically identical with respect to the question involved in this appeal.

Following the decision in that case the judgment is affirmed.